**FILED**

OCT 11 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. **18 CR 682** |
| v. | ) |
| | ) Violations: Title 18, United States |
| BRANDON T. HANAHAN | ) Code, Sections 2251(a), 2252A(a)(1), |
| | ) 2252A(a)(5) |

JUDGE FEINERMAN
MAGISTRATE JUDGE COX

## COUNT ONE

The SPECIAL JULY 2018 GRAND JURY charges:

On or about April 29, 2016, at Bridgeview, in the Northern District of Illinois, Eastern Division and elsewhere,

BRANDON T. HANAHAN,

defendant herein, knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about May 17, 2016, at Bridgeview, in the Northern District of Illinois, Eastern Division and elsewhere,

BRANDON T. HANAHAN,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT THREE

The SPECIAL JULY 2018 GRAND JURY charges:

From on or about June 1, 2016, to on or about June 3, 2016, at Bridgeview, in the Northern District of Illinois, Eastern Division and elsewhere,

BRANDON T. HANAHAN,

defendant herein, knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor 1 and Minor 2, to engage in sexually explicit conduct and to assist any other person to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

The SPECIAL JULY 2018 GRAND JURY charges:

On or about October 29, 2016, at Bridgeview, in the Northern District of Illinois, Eastern Division and elsewhere,

BRANDON T. HANAHAN,

defendant herein, knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor 1 and Minor 2, to engage in sexually explicit conduct and to assist any other person to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about June 27, 2017, at Bridgeview, in the Northern District of Illinois, Eastern Division and elsewhere,

BRANDON T. HANAHAN,

defendant herein, knowingly possessed material, namely an HTC model 0PCV1 cellular phone, bearing serial number FA51DSR04757, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an image of a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2018 GRAND JURY further alleges:

1. The allegations of this indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Section 2251(a), 2252A(a)(1), and 2252A(a)(5)(B), as alleged in the foregoing indictment,

BRANDON T. HANAHAN,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest defendant has in any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations. The interests of the defendant subject to forfeiture include, but are not limited to the following seized items:

    a. an HTC model 0PCV1 cellular phone, bearing serial number FA51DSR04757;

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY