


**18CR 682**
JUDGE FEINERMAN
MAGISTRATE JUDGE COX

**FELONY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No**

    1a.    If the answer is "Yes," list the case number and title of the earliest filed complaint:

    1b.    Should this indictment or information receive a new case number from the court? **Yes**

1.    Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a.    If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

2.    Is this a re-filing of a previously dismissed indictment or information? **No**

3.    Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

4.    Is this a transfer of probation supervision from another district to this District? **No**

5.    What level of offense is this indictment or information? **Felony**

6.    Does this indictment or information involve eight or more defendants? **No**

7.    Does this indictment or information include a conspiracy count? **No**

8.    Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Sex Offenses (II)**

9.    List the statute of each of the offenses charged in the indictment or information.
        **18 U.S.C. §§ 2251(a), 2252A(a)(1) & 2252A(a)(5)(b)**

                /s/ *Jill Kolinski*
                Jill Kolinski
                Assistant United States Attorney